# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-05869-RGK-RAO | Date | June 2, 2020 |
|---|---|---|---|
| Title | *LIQWD, INC. v. L'OREAL S.A.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Why Plaintiffs' Complaint Should Not Be Dismissed for Lack of Jurisdiction

On January 5, 2017, Liqwd, Inc. and Olaplex, LLC ("Plaintiffs") filed a complaint against L'Oréal S.A. ("Defendant") and its subsidiaries in the United States District Court in the District of Delaware (the "Delaware Action"). On April 23, 2018, the Delaware Court dismissed Defendant for lack of personal jurisdiction. Subsequently, on July 8, 2019, Plaintiffs re-filed their action solely against Defendant, alleging trade secret misappropriation under both state and federal law (the "instant action").

Since the instant action was filed, significant progress has been made in the Delaware Action. Following a final judgment in their favor, Plaintiffs appealed the Delaware Court's dismissal of Defendant to the Federal Circuit. At the same time, Defendant has moved to dismiss the instant action pursuant to both Federal Rules 12(b)(2) and 12(b)(6). Due to the timing of the Plaintiffs' appeal, however, Defendant briefed the jurisdictional issue raised by the appeal only in its Reply, arguing that the comity doctrine warrants dismissal for lack of jurisdiction. Plaintiffs have not had an opportunity to brief the Court on the issue.

Accordingly, the Court orders Plaintiffs to show cause in writing by **June 5, 2020** why the Court should not dismiss the instant action for lack of jurisdiction. Plaintiffs' filing must be no more than 5 pages in length.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer _____